# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RODNEY D. AVERHART,**<br>    Plaintiff,<br><br>v.<br><br>**WARDEN GIVENS, et al.,**<br>    Defendants. | **Case No. 2:21-cv-1652-CLM-NAD** |

## MEMORANDUM OPINION AND ORDER

After screening Plaintiff Rodney D. Averhart's amended complaint (doc. 4) under 28 U.S.C. § 1915A(b), the magistrate judge entered a report recommending that the court dismiss all claims except for Averhart's Eighth Amendment claims against Defendant Captain Joshua and Defendant Officer Williams. (Doc. 11). The magistrate judge further recommended that the court refer the remaining claims to him for further proceedings. (*Id.* at 14). The magistrate judge advised Averhart of his right to file specific written objections to the recommendation, but the court hasn't received any objections.

Having reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **DISMISSES WITHOUT PREJUDICE** Averhart's claims against Defendants Warden Givens, Warden Morgan, Warden Peters, Captain Scott, and Sergeant Edmond, under 28 U.S.C. § 1915A(b). The court **REFERS** the remaining Eighth Amendment claims against Defendants Captain Joshua and Officer Williams to the magistrate judge for further proceedings.

**Done** and **Ordered** on March 8, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE