UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**RODNEY D. AVERHART,**
  Plaintiff,

**v.**

**CAPTAIN JOSHUA, et al.,**
  Defendants.

Case No. 2:21-cv-1652-CLM-NAD

## MEMORANDUM OPINION

  The magistrate judge has entered a report recommending that the court grant summary judgment for Defendants Kenneth Joshua and Dwight Williams. (Doc. 32). The magistrate judge notified the parties of their right to file objections to the report and recommendation within 14 days. (*Id.*, pp. 20–21). That time has expired without the court receiving any objections.

  Having reviewed and considered de novo all the materials in the court file, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **GRANT** Defendants Kenneth Joshua and Dwight Williams' motion for summary judgment (doc. 26) and dismiss Rodney D. Averhart's claims against them.

  The court will enter a separate final judgment that carries out this ruling and closes this case.

  **Done** on July 22, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE